JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DENETRIC K.W.,[1]

            Plaintiff,

     v.

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.

Case No. CV 2:23-04053-RAO

**JUDGMENT**

    In accordance with the Order Reversing and Remanding the Commissioner's Decision filed concurrently herewith,

    IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the matter is remanded for further proceedings consistent with the Court's Order.

DATED:  May 7, 2024

                     /s/
                   ROZELLA A. OLIVER
                   UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.